**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Manning,<br><br>         Plaintiff,<br>v.<br><br>Barclays Bank Delaware, Experian Information Solutions, INC., And Trans Union LLC,<br><br>         Defendants. | Case No: 2:17-cv-01898-SPL<br><br>**NOTICE OF SETTLEMENT – BARCLAYS BANK DELAWARE** |

COMES NOW Plaintiff Jeff Manning ("Plaintiff"), by and through his undersigned counsel, and hereby notifies the Court that the Plaintiff has reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Defendant Barclays Bank Delaware. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Barclays Bank Delaware will be finalized within the next thirty (30) days.

Respectfully submitted this 18th day of September, 2017.

                              MCCARTHY LAW PLC
                              *By:/s/ Joon N. Kee*
                              Kevin Fallon McCarthy
                              Joon N. Kee
                              4250 N. Drinkwater Boulevard, Suite 320
                              Scottsdale, AZ 85251
                              Attorneys for Plaintiffs

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of September, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter:

<u>By: /s/ Joon N. Kee</u>

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2